Eastern District of Kentucky
**F I L E D**

MAR 2 1 2022

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

UNITED STATES OF AMERICA,  :  Case No. 2:____-cr-_____

        Plaintiff,  :  Judge _____

vs.  :

RODGER W. MOORE,  :  **MOTION FOR LEAVE TO INTERVENE AND TO UNSEAL COURT RECORDS**

        Defendant.  :

  :

Brian P. O'Connor moves under Joint Local Rule of Criminal Practice 49.4: (i) for leave to intervene in this case for the limited purpose of filing a motion to unseal; and (ii) to unseal all case documents and restore public access to the docket and all case records relating to the criminal conviction of Rodger W. Moore (Inmate Register No. 62972-509) (the "Court Records"). There is no public record as to the basis for sealing the Court Records, nor did the Court use the least restrictive means in sealing the Court Records, as evidenced by the decision to seal the entire docket.

This motion is accompanied by the attached Memorandum in Support and a proposed order.

Respectfully submitted,

Brian P. O'Connor (Ky. Bar No. 94030)
SANTEN & HUGHES
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202
513.721.4450 tel – 513.721.0109 fax
bpo@santenhughes.com
*Movant Pro Se*

1